NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1553, -1592

PURDUE PHARMA PRODUCTS, L.P.,
and NAPP PHARMACEUTICAL GROUP LTD.,

Plaintiffs-Appellants,

and

.ORTHO-MCNEIL, INC.,

Plaintiff,

v.

PAR PHARMACEUTICAL, INC.,
and PAR PHARMACEUTICAL COMPANIES, INC.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the District of Delaware
in consolidated case 1:07-CV-00255, Circuit Judge Kent A. Jordan (sitting by
designation).

ON MOTION

ORDER

Ortho-McNeil, Inc. moves without opposition to remove its name from the official caption.

Ortho-McNeil states that it was dismissed from the case for lack of standing prior to trial. However, it is the court's practice to include in the caption all parties who participated in the case in the district court, even if they are no longer participating. See Practice Note to Rule 12. Thus, the motion is denied.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAR 1 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert J. Goldman, Esq.
Mary Webb Bourke, Esq.
Daniel G. Brown, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2010

JAN HORBALY
CLERK

2009-1553, -1592                2